STATE OF CONNECTICUT *v.*
DOMINICK O. MAGGIORE
(AC 32934)

Lavine, Alvord and Bear, Js.

Argued November 29—officially released December 20, 2011

Per Curiam. The judgment is affirmed.

JOANNE MANZO *v.* CONNECTICUT
GASTROENTEROLOGY
CONSULTANTS,
P.C., ET AL.
(AC 32061)

Bear, Espinosa and Mihalakos, Js.

Argued December 5—officially released December 20, 2011

Per Curiam. The judgment is affirmed.